ORIGINAL

LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez
Hagåtña, Guam 96910-5113
PHONE: 472-7332
FAX: 472-7334

Attorneys for the United States of America

FILED
DISTRICT COURT OF GUAM
SEP - 9 2005 4p
MARY L.M. MORAN
CLERK OF COURT

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | MAGISTRATE CASE NO. 05-00045 |
| Plaintiff, ) | UNITED STATES' APPLICATION FOR A SUMMONS |
| vs. ) | |
| JUSTIN KEITH GUERRERO, and ) RENEA DORLEEN CRUZ-TAITANO, ) | |
| Defendants. ) | |

COMES NOW the United States of America, by and through Assistant United States Attorney Marivic P. David, and moves this Honorable Court to issue a Summons for the above-named defendants, on the grounds that the United States has this day filed an Information against said defendant, charging them with a misdemeanor crime involving possession of approximately one (1) gram of methamphetamine hydrochloride, a Schedule II controlled substance in violation of Title 21, United States Code, Section 844(a)(1) and Title 18, United

//
//
//
//
//

States Code, Section 2. The United States has probable cause to believe that the above-named defendants have committed the crime charged in said Information

RESPECTFULLY SUBMITTED this 9th day of September, 2005.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and CNMI

By: _____
MARIVIC P. DAVID
Assistant U.S. Attorney