U.S. MARSHALS-GUAM
RECEIVED

9 SEP 2005 14 00 01

# UNITED STATES DISTRICT COURT

DISTRICT OF      **GUAM**

| | |
|---|---|
| UNITED STATES OF AMERICA <br> V. | **SUMMONS IN A CRIMINAL CASE** |
| **RENEA DORLEEN CRUZ-TAITANO** | Case Number:    **MJ-05-00045-002** |
| (Name and Address of Defendant) | |

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| Place | Room |
|---|---|
| **District Court of Guam** <br> **4th Floor, U.S. Courthouse** <br> **520 West Soledad Avenue** <br> **Hagatna, Guam 96910** | **413** |
| | Date and Time |
| Before:    **JOAQUIN V.E. MANIBUSAN, JR.** | **Monday, September 12, 2005 at 2:00 P.M.** |

To answer a(n)

☐ Indictment    **X**   Information   ☐ Complaint    ☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice

Charging you with a violation of Title    **21**    United States Code, Section(s)   **844(a) and 18 U.S.C. § 2**

Brief description of offense:

**POSSESSION OF METHAMPHETAMINE HYDROCHLORIDE**    **(Misdemeanor)**

**FILED**
DISTRICT COURT OF GUAM

SEP 1 2 2005 *qp*

MARY L.M. MORAN
CLERK OF COURT

| | |
|---|---|
| **VIRGINIA T. KILGORE, DEPUTY CLERK** | *(signature)* |
| Name and Title of Issuing Officer | Signature of Issuing Officer |
| **SEPTEMBER 9, 2005** | |
| Date | |

ORIGINAL

| RETURN OF SERVICE |
|---|

| Service was made by me on:[1] | Date    9/12/05 |
|---|---|

## Check one box below to indicate appropriate method of service

☒   Served personally upon the defendant at:    D/Guam    USPO

☐   Left summons at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address. Name of person with whom the summons was left:

☐   Returned unexecuted:

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned on    9/12/05
     Date

J. Salas
Name of United States Marshal /A

RC.
(by) Deputy United States Marshal

Remarks: