
FILED
DISTRICT COURT OF GUAM
SEP 12 2005
MARY L.M. MORAN
CLERK OF COURT

DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>vs.<br><br>**RENEA DORLEEN CRUZ-TAITANO,**<br><br>Defendant. | MAGISTRATE CASE NO. 05-00045-002<br><br>O R D E R |

IT IS HEREBY ORDERED that **CYNTHIA V. ECUBE** is appointed to represent the defendant *nunc pro tunc* to September 9, 2005.

Dated this 12th day of September, 2005.

_____
JOAQUIN V. E. MANIBUSAN, JR. Magistrate Judge
U.S. DISTRICT COURT OF GUAM