| | |
|---|---|
| USA,<br><br>   Plaintiff,<br><br>vs.<br><br>Renea Dorleen Cruz-Taitano,<br><br>   Defendant. | Case No. 1:05-mj-00045<br><br><br><br>**CERTIFICATE OF SERVICE** |

The following office(s)/individual(s) acknowledged receipt of the ***Order, filed September 12, 2005*** on the dates indicated below:

*U.S. Attorney's Office*          *Cynthia V. Ecube*
*September 13, 2005*              *September 14, 2005*

I, Leilani R. Toves Hernandez, declare under the penalty of perjury that on the above listed date(s) the:

***Order, filed September 12, 2005***

was served on the above listed entities in the manner shown, and that I prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Date: September 14, 2005                    /s/ Leilani R. Toves Hernandez
                                                           Deputy Clerk