# DISTRICT COURT OF GUAM

**4th Floor, U.S. Courthouse**
**520 West Soledad Avenue**
**Hagåtña, Guam 96910**

|   |   |
|---|---|
| USA, <br><br> Plaintiff, <br><br> vs. <br><br> Justin Keith Guerrero, et al., <br><br> Defendant. | Case No. 1:05-mj-00045 <br><br><br><br> **CERTIFICATE OF SERVICE** |

The following office(s)/individual(s) acknowledged receipt of the *Trial Order, filed September 12, 2005* on the dates indicated below:

| | | |
|---|---|---|
| *U.S. Attorney's Office* | *Cynthia V. Ecube* | *Curtis C. Van de Veld* |
| *September 13, 2005* | *September 14, 2005* | *September 14, 2005* |

I, Leilani R. Toves Hernandez, declare under the penalty of perjury that on the above listed date(s) the:

***Trial Order, filed September 12, 2005***

was served on the above listed entities in the manner shown, and that I prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Date: September 14, 2005           /s/ Leilani R. Toves Hernandez
                                        Deputy Clerk