# DISTRICT COURT OF GUAM

**4th Floor, U.S. Courthouse**
**520 West Soledad Avenue**
**Hagåtña, Guam 96910**

| | |
|---|---|
| USA, <br><br> Plaintiff, <br><br> vs. <br><br> Renea Dorleen Cruz-Taitano, <br><br> Defendant. | Case No. 1:05-mj-00045-002 <br><br><br> **CERTIFICATE OF SERVICE** |

The following office(s)/individual(s) acknowledged receipt of the *Order Setting Condition of Release filed September 13, 2005*, on the dates indicated below:

*U.S. Attorney's Office*   *Cynthia V. Ecube*   *U.S. Probation Office*   *U.S. Marshal Service*
*September 14, 2005*   *September 14, 2005*   *September 14, 2005*   *September 15, 2005*

I, Marilyn B. Alcon, declare under the penalty of perjury that on the above listed date(s) the:

***Order Setting Condition of Release filed September 13, 2005***

was served on the above listed entities in the manner shown, and that I prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Date: September 15, 2005                                /s/ Marilyn B. Alcon
                                                                          Deputy Clerk