LAW OFFICE OF CYNTHIA V. ECUBE, ESQ. P.C.
*A Professional Corporation*
207 Martyr Street, Suite 3
Hagåtña, Guam 96910
Telephone: (671) 472-8889/922-8889
Telecopier: (671) 472-8890
Email address: ecubelaw@netpci.com

RENEA D. CRUZ-TAITANO
*Attorney for Defendant*

FILED
DISTRICT COURT OF GUAM
OCT 18 2005
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Magistrate Case No. CR No. 05-00045 |
| ) | |
| *Plaintiff*, ) | DEFENDANT CRUZ-TAITANO'S |
| ) | NOTICE OF JOINDER REGARDING |
| vs. ) | CO-DEFENDANT JUSTIN GUERRERO'S |
| ) | MOTION TO SUPPRESS EVIDENCE |
| RENEA D. CRUZ-TAITANO, ) | |
| ) | |
| *Defendant*. ) | |

COMES NOW, the Defendant, **RENEA D. CRUZ-TAITANO**, by through her court appointed counsel, **CYNTHIA V. ECUBE, ESQ.**, and hereby joins in Co-Defendant, **JUSTIN K. GUERRERO's**, Motion to Suppress Evidence obtained by Illegal Seizure of Defendant and Custodial Interrogation without Miranda Warnings filed with the Court on October 14, 2005. Defendant **CRUZ-TAITANO** further submits and incorporates by reference its Motion to Suppress Evidence filed with the Court on behalf of Defendant **CRUZ-TAITANO** on the same date, and any evidence and arguments presented at hearing, therein.

DATED this 19th day of October, 2005.

LAW OFFICE OF CYNTHIA V. ECUBE, ESQ.
A Professional Corporation

By: _____
CYNTHIA V. ECUBE, ESQ.
Attorney for Defendant
RENEA D. CRUZ-TAITANO

CVE/gpm
L:\...\CVE-CLIENTS\Cruz-Taitano, Renea Dorleen\Joinder to Motion to Suppress.10.18.05.

## CERTIFICATE OF SERVICE

I, **GENEVIEVE P. MESA**, Legal Secretary, working in the Law Office of Cynthia V. Ecube, Esq., P.C., hereby certify that on the 18th day of October, 2005, I caused to be served by facsimile and personal service a copy of the "Notice of Joinder" in Magistrate Case No. : **05-00045**.

**MARIVIC P. DAVID, Esq.**
Assistant U. S. Attorney
U. S. Attorney's Office
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagatna, Guam 96910
(671) 472-7334

and to:

**CURTIS C. VAN de VELD, Esq.**
Van de Veld, Shimizu, Canto & Fisher
Suite 101, De La Corte Building
167 East Marine Drive
Hagatna, Guam 96910
(671) 472-2886

_____
Legal Secretary

CVE/gpm
L:\..\CVE-CLIENTS\Cruz-Taitano, Renea Dorleen\Joinder to Motion to Suppress.10.18.05.
Case 1:05-mj-00045   Document 23   Filed 10/18/2005   Page 2 of 2