AO 456 (Rev. 5/85) Notice

# UNITED STATES DISTRICT COURT OF GUAM
## DISTRICT OF GUAM

USA,

    Plaintiff,

V.

Justin Keith Guerrero, et al.,

    Defendant.

**NOTICE**

CASE NUMBER: 1:05-mj-00045

[ ] **TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
| U.S. Courthouse<br>520 W. Soledad Avenue<br>Hagatna, GU 96910 | |
| | DATE AND TIME<br>at |

TYPE OF PROCEEDING

**Motion to Suppress Evidence Obtained by Illegal Seizure of Defendant and Custodial Interrogation Without Miranda Warnings**

[**X**] **TAKE NOTICE** that a proceeding in this case has been continued as indicated below:

| PLACE | DATE AND TIME PREVIOUSLY SCHEDULED | CONTINUED TO DATE AND TIME |
|---|---|---|
| U.S. Courthouse<br>520 W. Soledad Avenue<br>Hagatna, GU 96910 | Monday, October 24, 2005 at 9:00 a.m. | **Monday, October 31, 2005 at 9:00 a.m**. |

MARY L.M. MORAN, CLERK OF COURT

U.S. MAGISTRATE JUDGE OR CLERK OF COURT

October 19, 2005      Marilyn B. Alcon

DATE      /s/ (BY) DEPUTY CLERK

TO: U.S. Attorney's Office

    Curtis Van de Veld
    Cynthia V. Ecube