FILED
DISTRICT COURT OF GUAM
OCT 24 2005
MARY L.M. MORAN
CLERK OF COURT

DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JUSTIN KEITH GUERRERO, and<br>RENEA DORLEEN CRUZ-TAITANO,<br><br>Defendants. | Magistrate Case No. 05-00045<br><br>**ORDER**<br><br>Rescheduling Motion to Suppress<br>and Trial Date |

This case was scheduled to come before the Court on October 31, 2005 for hearing on the Defendants' motions to suppress. Due to the scheduling needs of the Court, the hearing on the motion to suppress shall be held on Monday December 12, 2005 at 10:00 a.m. before the Honorable Senior District Judge D. Lowell Jensen. The Government has not yet filed a response to the motion to suppress. The Court orders the Government to file its response no later than November 7, 2005. The Defendant may file a reply no later than November 21, 2005. It is further ordered that the November 8, 2005 trial in this matter be vacated and rescheduled to Wednesday, December 14, 2005 at 9:30 a.m. before the Honorable Senior District Judge D. Lowell Jensen.

**SO ORDERED** this 24th day of October, 2005.

ORIGINAL

HONORABLE JOAQUIN V.E. MANIBUSAN, JR.,
U.S. Magistrate Judge, District Court of Guam