# DISTRICT COURT OF GUAM

**4th Floor, U.S. Courthouse**
**520 West Soledad Avenue**
**Hagåtña, Guam  96910**

USA,

    Plaintiff,

  vs.

Justin Keith Guerrero, et al.,

   Defendant.

Case No. 1:05-mj-00045

**CERTIFICATE OF SERVICE**

The following office(s)/individual(s) acknowledged receipt of the ***Order Setting Hearing filed October 24, 2005,*** on the dates indicated below:

| | | |
|---|---|---|
| *U.S. Attorney's Office* | *Cynthia V. Ecube* | *Curtis Van de Veld* |
| *October 25, 2005* | *October 24, 2005* | *October 27, 2005* |

I, Marilyn B. Alcon, declare under the penalty of perjury that on the above listed date(s) the:

***Order Setting Hearing filed October 24, 2005***

was served on the above listed entities in the manner shown, and that I prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Date: October 31, 2005

         /s/Marilyn B. Alcon
         Deputy Clerk