Erratum.wpd

LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorneys
Suite 500, Sirena Plaza
108 Hernan Cortez Ave.
Hagåtña, Guam 96910
TEL: (671) 472-7332
FAX: (671) 472-7334

Attorneys for the United States of America

**ORIGINAL**

**FILED**
DISTRICT COURT OF GUAM
NOV -8 2005
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> JUSTIN KEITH GUERRERO, and <br> RENEA DORLEEN CRUZ-TAITANO, <br><br> Defendants. | MAGISTRATE CASE NO. 05-00045 <br><br> **ERRATUM** <br><br> GOVERNMENT'S OPPOSITION TO DEFENDANTS GUERRERO'S AND CRUZ-TAITANO'S MOTIONS TO SUPPRESS |

COMES NOW the United States and hereby files with the Court an Erratum to correct the caption in the above styled matter, to reflect "<u>MAGISTRATE</u> CASE NO. 05-00045" versus "CRIMINAL CASE NO. 05-00045."

RESPECTFULLY submitted this  8th  day of November, 2005.

                                 LEONARDO M. RAPADAS
                                 United States Attorney
                                 Districts of Guam and NMI

By: _____
       MARIVIC P. DAVID
       Assistant U.S. Attorney