# DISTRICT COURT OF GUAM

**4th Floor, U.S. Courthouse**
**520 West Soledad Avenue**
**Hagåtña, Guam 96910**

| | |
|---|---|
| USA,<br><br>          Plaintiff,<br><br>vs.<br><br>Justin Keith Guerrero, et al.,<br><br>          Defendant. | Case No. 1:05-mj-00045<br><br><br><br>**CERTIFICATE OF SERVICE** |

The following office(s)/individual(s) acknowledged receipt of the *Order Regarding Notice Pursuant to 18 USC Section 3401(a),(b) and General Order 04-00016 filed November 16, 2005*, on the dates indicated below:

| *U.S. Attorney's Office* | *Curtis Van de Veld* | *Cynthia V. Ecube* |
|---|---|---|
| *November 16, 2005* | *November 16, 2005* | *November 16, 2005* |

I, Marilyn B. Alcon, declare under the penalty of perjury that on the above listed date(s) the:

*Order Regarding Notice Pursuant to 18 USC Section 3401(a),(b) and General Order 04-00016 filed November 16, 2005*

was served on the above listed entities in the manner shown, and that I prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Date: November 17, 2005                             /s/ Marilyn B. Alcon
                                                                                  Deputy Clerk