LAW OFFICE OF CYNTHIA V. ECUBE, ESQ., P.C.
*A Professional Corporation*
207 Martyr Street, Suite 3
Hagåtña, Guam 96910
Telephone: (671) 472-8889/922-8889
Telecopier: (671) 472-8890
Email address: ecubelaw@netpci.com

RENEA D. CRUZ-TAITANO
*Attorney for Defendant*

FILED
DISTRICT COURT OF GUAM
NOV 18 2005
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE TERRITORY OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Magistrate Case No. CR No. 05-00045 |
| | ) | |
| Plaintiff, | ) | DEFENDANT CRUZ-TAITANO'S |
| | ) | CONSENT TO A MAGISTRATE |
| vs. | ) | JUDGE FOR TRIAL |
| | ) | |
| RENEA D. CRUZ-TAITANO, | ) | |
| | ) | |
| Defendant. | ) | |

The Defendant, **RENEA D. CRUZ-TAITANO**, by through her Court appointed counsel of record, **CYNTHIA V. ECUBE, ESQ.**, hereby consents to proceed forward with the above-entitled criminal matter before a magistrate judge. Specifically, after being fully advised and informed of her rights to proceed to a trial by a jury before a district judge, Defendant, **RENEA D. CRUZ-TAITANO**, has knowingly and voluntarily agreed to waive her right to trial, an entry of judgment and imposition of a sentence by a district judge.

DATED this 18th day of November, 2005.

LAW OFFICE OF CYNTHIA V. ECUBE, ESQ.
*A Professional Corporation*

_____  _____
CYNTHIA V. ECUBE, ESQ.               RENEA D. CRUZ-TAITANO,
*Attorney for Defendant*             *Defendant*
*RENEA D. CRUZ-TAITANO*

CVE/gpm
L:\...\CVE-CLIENTS\*Cruz-Taitano, Renea Dorleen*\*Consent & Waiver.11.18.05.*

ORIGINAL