

# DISTRICT COURT OF GUAM
# TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> JUSTIN KEITH GUERRERO, and <br> RENEA DORLEEN CRUZ-TAITANO, <br><br> Defendants. | Magistrate Case No. 05-00045 <br><br> **ORDER** <br><br> Referring Motions to Suppress to Magistrate Judge for Report and Recommendation |

On October 14, 2005, Defendants Guerrero and Cruz-Taitano, filed Motions to Suppress all of Defendants statements and physical evidence obtained on September 8, 2005. *See* Docket Nos. 20 and 21. Pursuant to 28 U.S.C. § 636(b)(1)(B), these motions are hereby referred to Magistrate Judge Manibusan to determine and make recommendation to the Court as to the appropriate disposition. The December 12, 2005 hearing on the motions and the December 14, 2005 trial date are hereby vacated. The briefing schedule as previously ordered remains in effect. Magistrate Judge Manibusan shall issue an order re-scheduling the evidentiary hearing on the motion at his convenience. Further, defendant Guerrero has not responded to this Court's Order of November 16, 2005. Accordingly, Guerrero is ordered to respond by 3 p.m. on November 29, 2005 or be subject to sanctions for failure to do so.

**SO ORDERED** this 28th day of November, 2005.

_____
FRANCIS TYDINGCO-GATEWOOD*
United States District Judge
(Designated)

---

* The Honorable Francis Tydingco-Gatewood, United States District Judge, by designation.