FILED
DISTRICT COURT OF GUAM
NOV 28 2005
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JUSTIN KEITH GUERRERO and<br>RENEA DORLEEN CRUZ-TAITANO,<br><br>Defendants. | MAGISTRATE CASE NO. 05-00045<br><br><br><br><br>**ORDER**<br>**Setting Hearing on Suppression Motions** |

Following the referral of the pending suppression motions in this action, the Court hereby schedules a hearing on the matter for Friday, December 2, 2005 at 9:30 a.m.

SO ORDERED this 28th day of November 2005.

JOAQUIN V.E. MANIBUSAN, JR.
United States Magistrate Judge

**ORIGINAL**