

**FILED**
DISTRICT COURT OF GUAM
JAN 0 5 2006
MARY L.M. MORAN
CLERK OF COURT

| | |
|---|---|
| CASE NO. MJ-05-00045 | DATE: 01/05/2006 |

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding    Law Clerk: Judith Hattori
Court Recorder: Cecille Flores    Courtroom Deputy: Virgniia T. Kilgore
Hearing Electronically Recorded: 1:43:26 - 1:57:50    CSO: L. Ogo
2:39:19 - 3:51:12; 4:06:11 - 4:53:40

*********************** A P P E A R A N C E S *************************

**DEFT: JUSTIN KEITH GUERRERO**     **ATTY: CURTIS VAN DE VELD**
( X ) PRESENT ( ) CUSTODY ( X ) BOND ( ) P.R.     ( X ) PRESENT ( ) RETAINED ( ) FPD ( X ) CJA APPOINTED

**DEFT: RENEA DORLEEN CRUZ-TAITANO**     **ATTY: CYNTHIA V. ECUBE**
( X ) PRESENT ( ) CUSTODY ( X ) BOND ( ) P.R.     ( X ) PRESENT ( ) RETAINED ( ) FPD ( X ) CJA APPOINTED

U.S. ATTORNEY: MARIVIC DAVID     AGENT: DANNY CHO, D.E.A.
U.S. PROBATION:     U.S. MARSHAL:

**PROCEEDINGS:** MOTION TO SUPPRESS EVIDENCE OBTAINED BY ILLEGAL SEIZURE OF DEFENDANT AND CUSTODIAL INTERROGATION WITHOUT MIRANDA WARNINGS

( ) MOTION ARGUED BY ( ) GOVERNMENT ( ) DEFENDANT(s)
( ) MOTION(s) ___Granted ___Denied ___Withdrawn ___ Under Advisement
( X ) WITNESSES SWORN AND EXAMINED ( X ) EXHIBITS MARKED AND ADMITTED (SEE ATTACHED EXHIBIT AND WITNESS LIST, AO FORM 187 and 187A, when applicable)

( ) ORDER SUBMITTED ___Approved ___Disapproved
( ) ORDER to prepared By: _____
( X ) PROCEEDINGS CONTINUED TO: January 6, 2006 at 9:00 A.M.
( X ) DEFENDANTS RELEASED AS PREVIOUSLY ORDERED

**NOTES:**

Counsel for defendants informed the Court that the exhibits 8 and 9 provided by the Government were not previously disclosed and only portions of exhibit 10 were received. They requested the Court for additional time to review the documents and to prepare for the testimony of witnesses. The Court granted counsel 30 minutes to decide whether to resume with today's hearing or to continue it for tomorrow. Counsel proceeded with today's hearing.

Upon request the Court directed Ms. Tayama not to speak with Government counsel and Agent Cho about her testimony and directed Government counsel and Agent Cho not to discuss Ms. Tayama's testimony with any other law enforcement officer.

Courtroom Deputy: _____

# UNITED STATES DISTRICT COURT

DISTRICT OF _____ GUAM _____

| UNITED STATES OF AMERICA | EXHIBIT AND WITNESS LIST |
|---|---|
| V. JUSTIN KEITH GUERRERO, ET AL. | Case Number: MJ-05-00045 |

| PRESIDING JUDGE<br>JOAQUIN V.E. MANIBUSAN, JR. | PLAINTIFF'S ATTORNEY<br>MARIVIC DAVID | DEFENDANT'S ATTORNEY<br>CURTIS VAN DE VELD / CYNTHIA ECUBE |
|---|---|---|
| HEARING DATE (S)<br>JANUARY 5 - 6, 2006 | COURT REPORTER<br>CECILLE FLORES | COURTROOM DEPUTY<br>VIRGINIA T. KILGORE |

| JOINT NO. | PLTF NO. | DEF. NO. | DATE OFFERED | DATE IDENTIFIED | DATE ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|---|
| | | | | | | 2:32:19 BARBARA C. TAYAMA, called and sworn |
| | | | | | | Ms. Ecube reserved her cross of Ms. Tayama until tomorrow. |
| | | | | | | DX by Ms. David |
| | | | | | | Objection by Mr. Van De Veld regarding witnesses prior responsibilities. Overruled. |
| | 1 | | | 1/5/06 | | Handbag belonging to Ms. Taitano |
| | 2 | | | 1/5/06 | | Picture of Glass Pipe |
| | 3 | | | 1/5/06 | | Two Packets located in pouch with pipe |
| | | | | | | 3:20:22 End of DX |
| | | | | | | CX by Mr. Van de Veld |
| | 8 | | | 1/5/06 | | Report by Barbara C. Tayama |
| | | | | | | 3:51:12 - 4:06:10 BREAK |
| | | | | | | Continued CX by Mr. Van de Veld |
| | 1 | | | 1/5/06 | | Handbag belonging to Ms. Taitano |
| | 2 | | | 1/5/06 | | Picture of Glass Pipe |
| | 3 | | | 1/5/06 | | Two Packets located in pouch with pipe |
| | 4 | | | 1/5/06 | | Statement of Rights and Waiver signed by Renea Dorleen Cruz-Taitano |
| | 5 | | | 1/5/06 | | Statement Form of Renea D. Cruz-Taitano |
| | | | | | | 4:53:40 END OF DAY 1 |