# DISTRICT COURT OF GUAM
## TERRITORY OF GUAM
### CRIMINAL MINUTES - GENERAL



**FILED**
DISTRICT COURT OF GUAM
JAN 06 2006
MARY L.M. MORAN
CLERK OF COURT

CASE NO. MJ-05-00045        DATE: 01/06/2006

***

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding    Law Clerk: Judith Hattori
Court Recorder: Wanda Miles    Courtroom Deputy: Virgniia T. Kilgore
Hearing Electronically Recorded: 9:09:10 - 11:02:55    CSO: F. Tenorio
11:17:48 - 12:23:00; 1:35:41 - 2:25:00; 2:41:04 - 5:01:58

******************** **APPEARANCES** ************************

**DEFT: JUSTIN KEITH GUERRERO**    **ATTY: CURTIS VAN DE VELD**
(X) PRESENT  ( ) CUSTODY  (X) BOND  ( ) P.R.    (X) PRESENT ( ) RETAINED ( ) FPD (X) CJA APPOINTED

**DEFT: RENEA DORLEEN CRUZ-TAITANO**    **ATTY: CYNTHIA V. ECUBE**
(X) PRESENT  ( ) CUSTODY  (X) BOND  ( ) P.R.    (X) PRESENT ( ) RETAINED ( ) FPD (X) CJA APPOINTED

U.S. ATTORNEY: MARIVIC DAVID    AGENT: DANNY CHO, D.E.A.

U.S. PROBATION:    U.S. MARSHAL:

***

**PROCEEDINGS: CONTINUED MOTION TO SUPPRESS EVIDENCE OBTAINED BY ILLEGAL SEIZURE OF DEFENDANT AND CUSTODIAL INTERROGATION WITHOUT MIRANDA WARNINGS**

( ) MOTION ARGUED BY    ( ) GOVERNMENT    ( ) DEFENDANT(s)

( ) MOTION(s) ___Granted ___Denied ___Withdrawn ___Under Advisement

(X) WITNESSES SWORN AND EXAMINED    (X) EXHIBITS MARKED AND ADMITTED (SEE ATTACHED EXHIBIT AND WITNESS LIST, AO FORM 187 and 187A, when applicable)

( ) ORDER SUBMITTED ___Approved ___Disapproved

( ) ORDER to prepared By: _____

(X) PROCEEDINGS CONTINUED TO: January 9, 2006 at 1:00 P.M.

(X) DEFENDANTS RELEASED AS PREVIOUSLY ORDERED

## NOTES:

Government counsel moved to admit exhibits 1 through 5. Objections made by Mr. Van de Veld and Ms. Ecube. The Court granted the admission of exhibits 1, 4 and 5 and reserved its ruling on exhibits 2 and 3.

Courtroom Deputy: ___

# UNITED STATES DISTRICT COURT

DISTRICT OF _____ GUAM _____

| UNITED STATES OF AMERICA | EXHIBIT AND WITNESS LIST |
|---|---|
| V. JUSTIN KEITH GUERRERO, ET AL. | Case Number: MJ-05-00045 |

| PRESIDING JUDGE<br>JOAQUIN V.E. MANIBUSAN, JR. | PLAINTIFF'S ATTORNEY<br>MARIVIC DAVID | DEFENDANT'S ATTORNEY<br>CURTIS VAN DE VELD / CYNTHIA ECUBE |
|---|---|---|
| HEARING DATE (S)<br>JANUARY 5 - 6, 2006 | COURT REPORTER<br>CECILLE FLORES / WANDA MILES | COURTROOM DEPUTY<br>VIRGINIA T. KILGORE |

| JOINT NO. | PLTF NO. | DEF. NO. | DATE OFFERED | DATE IDENTIFIED | DATE ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|---|
| | | | | | | **2:32:19 BARBARA C. TAYAMA, called and sworn** |
| | | | | | | Ms. Ecube reserved her cross of Ms. Tayama until tomorrow. |
| | | | | | | DX by Ms. David |
| | | | | | | Objection by Mr. Van De Veld regarding witnesses prior responsibilities. Overruled. |
| | 1 | | | 1/5/06 | | Handbag belonging to Ms. Taitano |
| | 2 | | | 1/5/06 | | Picture of Glass Pipe |
| | 3 | | | 1/5/06 | | Two Packets located in pouch with pipe |
| | | | | | | 3:20:22 End of DX |
| | | | | | | CX by Mr. Van de Veld |
| | 8 | | | 1/5/06 | | Report by Barbara C. Tayama |
| | | | | | | *3:51:12 - 4:06:10 BREAK* |
| | | | | | | Continued CX by Mr. Van de Veld |
| | 1 | | | 1/5/06 | | Handbag belonging to Ms. Taitano |
| | 2 | | | 1/5/06 | | Picture of Glass Pipe |
| | 3 | | | 1/5/06 | | Two Packets located in pouch with pipe |
| | 4 | | | 1/5/06 | | Statement of Rights and Waiver signed by Renea Dorleen Cruz-Taitano |
| | 5 | | | 1/5/06 | | Statement Form of Renea D. Cruz-Taitano |
| | | | | | | *4:53:40 END OF DAY 1* |
| | | | | | | **JANUARY 6, 2006, DAY 2** |
| | | | | | | 9:09:10 Continued DX of Ms. Tayama by Mr. Van de Veld |
| | 8 | | | | | Report by Barbara C. Tayama |
| | | | | | | 9:46:00 End of CX |
| | | | | | | CX by Ms. Ecube |
| | 1 | | | 1/5/06 | | Handbag belonging to Ms. Taitano |
| | 5 | | | 1/5/06 | | Statement Form of Renea D. Cruz-Taitano |
| | 4 | | | 1/5/06 | | Statement of Rights and Waiver signed by Renea Dorleen Cruz-Taitano |
| | 6 | | | 1/6/06 | | Statement of Rights and Waiver signed by Justin Guerrero |
| | 8 | | | 1/5/06 | | Report by Barbara C. Tayama |
| | | | | | | *11:02:52 - 11:17:50 BREAK* |
| | | | | | | Re-DX by Ms. David |
| | 5 | | | 1/5/06 | | Statement Form of Renea D. Cruz-Taitano |
| | 4 | | | 1/5/06 | | Statement of Rights and Waiver signed by Renea Dorleen Cruz-Taitano |
| | 5 | | | 1/5/06 | | Statement Form of Renea D. Cruz-Taitano |
| | 8 | | | 1/5/06 | | Report by Barbara C. Tayama |
| | 1 | | | 1/5/06 | | Handbag belonging to Ms. Taitano |
| | | | | | | 11:40:16 End of Re-Dx |
| | | | | | | Re-CX by Mr. Van de Veld |
| | 1 | | | 1/5/06 | | Handbag belonging to Ms. Taitano |

| JOINT NO. | PLTF NO. | DEF. NO. | DATE OFFERED | DATE IDENTIFIED | DATE ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|---|
| | 4 | | | | | Statement of Rights and Waiver signed by Renea Dorleen Cruz-Taitano |
| | 8 | | | | | Report by Barbara C. Tayama |
| | 5 | | | | | Statement Form of Renea D. Cruz-Taitano |
| | | | | | | 12:09:07 End of Re-CX |
| | | | | | | Re-CX by Ms. Ecube |
| | 8 | | | | | Report by Barbara C. Tayama |
| | | | | | | 12:13:45 End of Re-CX |
| | | | | | | Ms. David stated that Agent Cho is leaving tomorrow and stated that she had no objection to defense calling Agent Cho out of order. GRANTED. |
| | 1 | | 1/6/06 | | 1/6/06 | Government moved to admit Exhibits 1, 2, 3, 4 and 5. Objection by Mr. Van de Veld as to Exhibit 1. Government argued for its admission for a limited purpose. The Court GRANTED the admission Exhibit 1. |
| | 2 | | 1/6/06 | | | Mr. Van de Veld objected to Exhibit 2 and argued his position. Government stated that there was a prior agreement to its admission. The Court reserved its ruling. |
| | 3 | | 1/6/06 | | | Mr. Van de Veld objected to Exhibit 3. Government counsel argued her position. The Court reserved its ruling. |
| | 4 | | 1/6/06 | | 1/6/06 | Mr. Van de Veld had no objection to Exhibit 4 for the limited purpose of demonstrating that it was signed by the persons, however, argued as to its contents. Ms. Ecube joined. Government argued for its admission. Court GRANTED the admission. |
| | 5 | | 1/6/06 | | 1/6/06 | Mr. Van de Veld and Ms. Ecube had no objection to Exhibit 5. ADMITTED. |
| | | | | | | 12:23:00 Officer Tayama was dismissed and instructed not to discuss her testimony. |
| | | | | | | *1:35:41 Hearing Resumes* |
| | | | | | | **1:36:05 AGENT DANNY CHO, called and sworn** |
| | | | | | | DX by Mr. Van de Veld |
| | | | | | | Witness Excused |
| | | | | | | *2:41:01 Hearing Resumes* |
| | | | | | | Stipulation by parties that the deputy clerk was home before 9:00 p.m. and her file does not indicate a contrary time to that noted on the search warrant. |
| | | | | | | Mr. Van de Veld renewed his request to view the original search warrant. Government counsel left it to the Court's discretion. The Court took the matter into consideration. |
| | | | | | | 2:48:00 Continued DX by Mr. Van de Veld |
| | 10 | | | 1/6/06 | | Report of Investigation |
| | | | | | | 3:50:08 End of DX |
| | | | | | | CX by Ms. David |
| | | | | | | 3:53:18 End of CX |
| | | | | | | Re-DX by Mr. Van de Veld |
| | | | | | | 4:01:07 End of Re-DX (Witness Excused) |
| | | | | | | **4:01:57 OFFICER FRANK SANTOS, called and sworn** |
| | 4 | | 1/6/06 | 1/6/06 | 1/6/06 | Statement of Rights and Waiver signed by Renea Dorleen Cruz-Taitano |
| | 5 | | 1/6/06 | 1/5/06 | 1/6/06 | Statement Form of Renea D. Cruz-Taitano |
| | | | | | | 4:15:55 End of DX |
| | | | | | | CX by Mr. Van de Veld |
| | 4 | | 1/6/06 | 1/5/06 | 1/6/06 | Statement of Rights and Waiver signed by Renea Dorleen Cruz-Taitano |
| | 5 | | 1/6/06 | 1/5/06 | 1/6/06 | Statement Form of Renea D. Cruz-Taitano |
| | | | | | | 4:38:51 End of CX |
| | | | | | | CX by Ms. Ecube |
| | 4 | | 1/6/06 | 1/5/06 | 1/6/06 | Statement of Rights and Waiver signed by Renea Dorleen Cruz-Taitano |
| | 5 | | 1/6/06 | 1/5/06 | 1/6/06 | Statement Form of Renea D. Cruz-Taitano |
| | | | | | | 4:58:20 End of CX |
| | | | | | | Witness instructed not to discuss his testimony with anyone |
| | | | | | | **5:01:58 END DAY 2** |