DISTRICT COURT OF GUAM
TERRITORY OF GUAM
CRIMINAL MINUTES - GENERAL


**FILED**
DISTRICT COURT OF GUAM
JAN 12 2006
MARY L.M. MORAN
CLERK OF COURT

CASE NO. MJ-05-00045          DATE: January 12, 2006

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding     Law Clerk: Judith Hattori
Court Recorder: Wanda Miles                                         Courtroom Deputy: Leilani Toves Hernandez
Hearing Electronically Recorded: 10:52:01 - 11:43:12;                CSO: F. Tenorio
1:08:19 - 1:40:13; 1:50:04 - 2:56:12

**************************APPEARANCES****************************

DEFT: **JUSTIN KEITH GUERRERO**                ATTY: **CURTIS VAN DE VELD**
( X ) PRESENT  ( ) CUSTODY  ( X ) BOND  ( ) P.R.    ( X ) PRESENT  ( ) RETAINED  ( ) FPD  ( X ) CJA APPOINTED

DEFT: **RENEA DORLEEN CRUZ-TAITANO**           ATTY: **CYNTHIA V. ECUBE**
( X ) PRESENT  ( ) CUSTODY  ( X ) BOND  ( ) P.R.    ( X ) PRESENT  ( ) RETAINED  ( ) FPD  ( X ) CJA APPOINTED

U.S. ATTORNEY:  MARIVIC DAVID                  AGENT:

U.S. PROBATION: JUDY OCAMPO                    U.S. MARSHAL: V. ROMAN / J. CURRY

PROCEEDINGS: **CONTINUED MOTION TO SUPPRESS EVIDENCE OBTAINED BY ILLEGAL SEIZURE OF DEFENDANT AND CUSTODIAL INTERROGATION WITHOUT MIRANDA WARNINGS**

( ) MOTION ARGUED BY   ( ) GOVERNMENT   ( ) DEFENDANTS
( ) MOTION(s)  ___Granted  ___Denied  ___Withdrawn  ___Under Advisement
( X ) WITNESSES SWORN AND EXAMINED     ( X ) EXHIBITS MARKED AND ADMITTED (SEE ATTACHED EXHIBIT AND WITNESS LIST, AO FORM 187 and 187A, when applicable)

( ) ORDER SUBMITTED  ___Approved  ___Disapproved
( ) ORDER to prepared By:_____
( X ) CLOSING ARGUMENTS CONTINUED TO: _January 13, 2006_ at _10:30 A.M._
( X ) DEFENDANTS RELEASED AS PREVIOUSLY ORDERED

NOTES:

**Defense rested. No rebuttal witnesses by the Government.**

Courtroom Deputy: 

# UNITED STATES DISTRICT COURT

DISTRICT OF **GUAM**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **EXHIBIT AND WITNESS LIST** |
| V. | |
| **JUSTIN KEITH GUERRERO, ET AL.** | Case Number: **MJ-05-00045** |

| PRESIDING JUDGE<br>**JOAQUIN V.E. MANIBUSAN, JR.** | PLAINTIFF'S ATTORNEY<br>**MARIVIC DAVID** | DEFENDANT'S ATTORNEY<br>**CURTIS VAN DE VELD / CYNTHIA ECUBE** |
|---|---|---|
| HEARING DATE (S)<br>JANUARY 5 - 9, 11-12, 2006 | COURT REPORTER<br>CECILLE FLORES / WANDA MILES | COURTROOM DEPUTY<br>VIRGINIA T. KILGORE<br>LEILANI TOVES HERNANDEZ |

| JOINT NO. | PLTF NO. | DEF. NO. | DATE OFFERED | DATE IDENTIFIED | DATE ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|---|
| | | | | | | **2:32:19 BARBARA C. TAYAMA, called and sworn** |
| | | | | | | Ms. Ecube reserved her cross of Ms. Tayama until tomorrow. |
| | | | | | | DX by Ms. David |
| | | | | | | Objection by Mr. Van De Veld regarding witnesses prior responsibilities. Overruled. |
| | 1 | | | 1/5/06 | | Handbag belonging to Ms. Taitano |
| | 2 | | | 1/5/06 | | Picture of Glass Pipe |
| | 3 | | | 1/5/06 | | Two Packets located in pouch with pipe |
| | | | | | | 3:20:22 End of DX |
| | | | | | | CX by Mr. Van de Veld |
| | 8 | | | 1/5/06 | | Report by Barbara C. Tayama |
| | | | | | | *3:51:12 - 4:06:10 BREAK* |
| | | | | | | Continued CX by Mr. Van de Veld |
| | 1 | | | 1/5/06 | | Handbag belonging to Ms. Taitano |
| | 2 | | | 1/5/06 | | Picture of Glass Pipe |
| | 3 | | | 1/5/06 | | Two Packets located in pouch with pipe |
| | 4 | | | 1/5/06 | | Statement of Rights and Waiver signed by Renea Dorleen Cruz-Taitano |
| | 5 | | | 1/5/06 | | Statement Form of Renea D. Cruz-Taitano |
| | | | | | | *4:53:40 END OF DAY 1* |
| | | | | | | **JANUARY 6, 2006, DAY 2** |
| | | | | | | 9:09:10 Continued DX of Ms. Tayama by Mr. Van de Veld |
| | 8 | | | | | Report by Barbara C. Tayama |
| | | | | | | 9:46:00 End of CX |
| | | | | | | CX by Ms. Ecube |
| | 1 | | | 1/5/06 | | Handbag belonging to Ms. Taitano |
| | 5 | | | 1/5/06 | | Statement Form of Renea D. Cruz-Taitano |
| | 4 | | | 1/5/06 | | Statement of Rights and Waiver signed by Renea Dorleen Cruz-Taitano |
| | 6 | | | 1/6/06 | | Statement of Rights and Waiver signed by Justin Guerrero |
| | 8 | | | 1/5/06 | | Report by Barbara C. Tayama |
| | | | | | | *11:02:52 - 11:17:47 BREAK* |
| | | | | | | 11:17:48 Re-DX by Ms. David |
| | 5 | | | 1/5/06 | | Statement Form of Renea D. Cruz-Taitano |
| | 4 | | | 1/5/06 | | Statement of Rights and Waiver signed by Renea Dorleen Cruz-Taitano |
| | 5 | | | 1/5/06 | | Statement Form of Renea D. Cruz-Taitano |
| | 8 | | | 1/5/06 | | Report by Barbara C. Tayama |
| | 1 | | | 1/5/06 | | Handbag belonging to Ms. Taitano |
| | | | | | | 11:40:16 End of Re-Dx |
| | | | | | | Re-CX by Mr. Van de Veld |
| | 1 | | | 1/5/06 | | Handbag belonging to Ms. Taitano |

| JOINT NO. | PLTF NO. | DEF. NO. | DATE OFFERED | DATE IDENTIFIED | DATE ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|---|
| | 4 | | | | | Statement of Rights and Waiver signed by Renea Dorleen Cruz-Taitano |
| | 8 | | | | | Report by Barbara C. Tayama |
| | 5 | | | | | Statement Form of Renea D. Cruz-Taitano |
| | | | | | | 12:09:07 End of Re-CX |
| | | | | | | Re-CX by Ms. Ecube |
| | 8 | | | | | Report by Barbara C. Tayama |
| | | | | | | 12:13:45 End of Re-CX |
| | | | | | | Ms. David stated that Agent Cho is leaving tomorrow and stated that she had no objection to defense calling Agent Cho out of order. GRANTED. |
| | 1 | | 1/6/06 | | 1/6/06 | Government moved to admit Exhibits 1, 2, 3, 4 and 5. Objection by Mr. Van de Veld as to Exhibit 1. Government argued for its admission for a limited purpose. The Court GRANTED the admission Exhibit 1. |
| | 2 | | 1/6/06 | | | Mr. Van de Veld objected to Exhibit 2 and argued his position. Government stated that there was a prior agreement to its admission. The Court reserved its ruling. |
| | 3 | | 1/6/06 | | | Mr. Van de Veld objected to Exhibit 3. Government counsel argued her position. The Court reserved its ruling. |
| | 4 | | 1/6/06 | | 1/6/06 | Mr. Van de Veld had no objection to Exhibit 4 for the limited purpose of demonstrating that it was signed by the persons, however, argued as to its contents. Ms. Ecube joined. Government argued for its admission. Court GRANTED the admission. |
| | 5 | | 1/6/06 | | 1/6/06 | Mr. Van de Veld and Ms. Ecube had no objection to Exhibit 5. ADMITTED. |
| | | | | | | 12:23:00 Officer Tayama was dismissed and instructed not to discuss her testimony. |
| | | | | | | *1:35:41 Hearing Resumes* |
| | | | | | | **1:36:05 AGENT DANNY CHO, called and sworn** |
| | | | | | | DX by Mr. Van de Veld |
| | | | | | | Witness Excused |
| | | | | | | *2:41:01 Hearing Resumes* |
| | | | | | | Stipulation by parties that the deputy clerk was home before 9:00 p.m. and her file does not indicate a contrary time to that noted on the search warrant. |
| | | | | | | Mr. Van de Veld renewed his request to view the original search warrant. Government counsel left it to the Court's discretion. The Court took the matter into consideration. |
| | | | | | | 2:48:00 Continued DX by Mr. Van de Veld |
| | | 10 | | 1/6/06 | | Report of Investigation |
| | | | | | | 3:50:08 End of DX |
| | | | | | | CX by Ms. David |
| | | | | | | 3:53:18 End of CX |
| | | | | | | Re-DX by Mr. Van de Veld |
| | | | | | | 4:01:07 End of Re-DX (Witness Excused) |
| | | | | | | **4:01:57 OFFICER FRANK SANTOS, called and sworn** |
| | | | | | | DX by Ms. David |
| | 4 | | 1/6/06 | 1/6/06 | 1/6/06 | Statement of Rights and Waiver signed by Renea Dorleen Cruz-Taitano |
| | 5 | | 1/6/06 | 1/5/06 | 1/6/06 | Statement Form of Renea D. Cruz-Taitano |
| | | | | | | 4:15:55 End of DX |
| | | | | | | CX by Mr. Van de Veld |
| | 4 | | 1/6/06 | 1/5/06 | 1/6/06 | Statement of Rights and Waiver signed by Renea Dorleen Cruz-Taitano |
| | 5 | | 1/6/06 | 1/5/06 | 1/6/06 | Statement Form of Renea D. Cruz-Taitano |
| | | | | | | 4:38:51 End of CX |
| | | | | | | CX by Ms. Ecube |
| | 4 | | 1/6/06 | 1/5/06 | 1/6/06 | Statement of Rights and Waiver signed by Renea Dorleen Cruz-Taitano |
| | 5 | | 1/6/06 | 1/5/06 | 1/6/06 | Statement Form of Renea D. Cruz-Taitano |
| | | | | | | 4:58:20 End of CX |
| | | | | | | Witness instructed not to discuss his testimony with anyone. **(5:01:58 END DAY 2)** |

| JOINT NO. | PLTF NO. | DEF. NO. | DATE OFFERED | DATE IDENTIFIED | DATE ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|---|
| | | | | | | **PRESIDING JUDGE: JOAQUIN V.E. MANIBUSAN, JR.** — PLAINTIFF'S ATTORNEY: MARIVIC DAVID — DEFENDANT'S ATTORNEY: CURTIS VAN DE VELD / CYNTHIA ECUBE |
| | | | | | | HEARING DATE(S): JANUARY 5 - 9, 11-12, 2006 — COURT REPORTER: CECILLE FLORES / WANDA MILES — COURTROOM DEPUTY: VIRGINIA T. KILGORE, LEILANI TOVES HERNANDEZ |
| | | | | | | **JANUARY 9, 2006 - DAY 3** |
| | | | | | | **1:05:45 OFFICER FRANK SANTOS, called and sworn** |
| | | | | | | Re-DX by Ms. David |
| | 5 | | 1/6/06 | 1/5/06 | 1/6/06 | Statement Form of Renea D. Cruz-Taitano |
| | | | | | | 1:11:22 End of Re-DX |
| | | | | | | Re-CX by Mr. Van de Veld |
| | 5 | | 1/6/06 | 1/5/06 | 1/6/06 | 1:16:34 End of Re-CX |
| | | | | | | Re-DX by Ms. David |
| | | | | | | End of Re-DX |
| | | | | | | 1:16:51 Re-CX by Ms. Ecube |
| | | | | | | End of Re-CX |
| | | | | | | The Court excused the witness subject to recall. |
| | | | | | | The Court directed the witness not to discuss his testimony with any other witnesses. |
| | | | | | | **1:19:22 AGENT JOHN DUENAS, called and sworn** |
| | | | | | | DX by Ms. David |
| | 6 | | | 1/6/06 | | Statement of Rights and Waiver signed by Justin Guerrero |
| | 7 | | | 1/9/06 | | Statement Form signed by Justin Guerrero |
| | | | | | | 1:40:23 End of DX |
| | | | | | | CX by Mr. Van de Veld |
| | 9 | | | 1/6/06 | | Report of Investigation by Senior Spec Agent John Duenas |
| | 2 | | | 1/5/06 | | Picture of Glass Pipe |
| | 6 | | | 1/6/06 | | Statement of Rights and Waiver signed by Justin Guerrero |
| | | | | | | 2:40:23 Witness excused for brief meeting |
| | | | | | | Defense requests for copies of field notes taken by Officer Fejeran. No objection. Government counsel to ascertain notes. |
| | | | | | | ***BREAK 2:42:22 - 2:57:45*** |
| | | | | | | Ms. David informed the Court that Agent Fejeran was unable to locate his notes, however, she has been advised by Agent Fejeran that Agent Duenas reviewed his notes. The Court instructed Ms. David to provide defense counsel a copy as soon as it becomes available for review. |
| | | | | | | 2:59:24 Continued CX of Agent John Duenas |
| | | A | 1/9/06 | 1/9/06 | 1/9/06 | Mr. Van de Veld moved to admit a drawing of the Guam Reef Hotel hallway access as Exhibit A. No objection. GRANTED. |
| | 4 | | 1/6/06 | 1/5/06 | 1/6/06 | Statement of Rights and Waiver of Renea Dorleen Cruz-Taitano |
| | 7 | | | 1/9/06 | | Statement Form signed by Justin Guerrero |
| | | | | | | 3:17:43 End of CX |
| | | | | | | CX by Ms. Ecube |
| | 1 | | 1/6/06 | 1/5/06 | 1/6/06 | Picture of handbag belonging to Ms. Taitano |
| | 9 | | | 1/6/06 | | Report of Investigation by Senior Spec Agent John Duenas |
| | 6 | | | 1/6/06 | | Statement of Rights and Waiver signed by Justin Guerrero |
| | 7 | | | 1/9/06 | | Statement Form signed by Justin Guerrero |
| | | | | | | 3:41:10 End of CX |
| | | | | | | Re-DX by Ms. David |
| | | | | | | 3:43:51 End of Re-DX |
| | | | | | | Re-CX by Mr. Van de Veld |
| | | | | | | 3:52:07 End of Re-Cx (Witness Excused) |
| | | | | | | Mr Van de Veld reserved the right to present his case until after his argument. Ms. Ecube concurred. Government had no objection. Mr. Van de Veld argued. |
| | | | | | | 4:34:18 Ms. Ecube argued and concurred with Mr. Van de Veld. |
| | | | | | | 4:42:46 Argument by Ms. David |
| | | | | | | Rebuttal Argument by Mr. Van de Veld |
| | | | | | | **5:26:50 END DAY 3** |
| | | | | | | **JANUARY 11, 2006, DAY 4** |

| JOINT NO. | PLTF NO. | DEF. NO. | DATE OFFERED | DATE IDENTIFIED | DATE ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|---|
| | | B | 1/11/06 | 1/11/06 | 1/11/06 | Application for Search Warrant (copy) |
| | | C | 1/11/06 | 1/11/06 | 1/11/06 | Search Warrant (copy) |
| | | | | | | **VIRGINIA T. KILGORE, called and sworn** |
| | | | | | | DX by Mr. Van de Veld |
| | | | | | | 9:23:45 End DX |
| | | | | | | No examination by Ms. Ecube |
| | | | | | | 9:23:57 CX by Ms. David |
| | | | | | | 9:24:41 End CX |
| | | | | | | Re-DX by Mr. Van de Veld |
| | | | | | | Witness excused |
| | | | | | | **JUSTIN KEITH GUERRERO, called and sworn** |
| | | A | 1/9/06 | 1/9/06 | 1/9/06 | Drawing of the Guam Reef Hotel hallway |
| | 6 | | | | 1/6/06 | Statement of Rights and Waiver signed by Justin Guerrero |
| | 7 | | | | 1/9/06 | Statement Form signed by Justin Guerrero |
| | | | | | | 10:04:42 End DX |
| | | | | | | CX by Ms. Ecube |
| | | | | | | 10:16:11 End CX |
| | | | | | | **10:16:25 - 10:30:09 BREAK** |
| | | | | | | CX by Ms. David |
| | | A | 1/9/06 | 1/9/06 | 1/9/06 | Drawing of the Guam Reef Hotel hallway |
| | 6 | | | | 1/6/06 | Statement of Rights and Waiver signed by Justin Guerrero |
| | 7 | | | | 1/9/06 | Statement Form signed by Justin Guerrero |
| | | | | | | 11:31:04 End CX |
| | | | | | | Re-DX by Mr. Van de Veld |
| | 6 | | | | 1/6/06 | Statement of Rights and Waiver signed by Justin Guerrero |
| | | | | | | 11:39:11 End of Re-DX |
| | | | | | | No further examination by other counsel |
| | | | | | | Witness excused |
| | | | | | | **11:44:43 - 11:57:22 BREAK** |
| | | | | | | **12:05:06 END DAY 4** |
| | | | | | | **JANUARY 12, 2006, DAY 5** |
| | | | | | | **RENEA CRUZ TAITANO, called and sworn** |
| | | | | | | DX by Ms. Ecube |
| | | A | 1/9/06 | 1/9/06 | 1/9/06 | Drawing of the Guam Reef Hotel hallway |
| | 1 | | 1/6/06 | 1/5/06 | 1/6/06 | Picture of handbag belonging to Ms. Taitano |
| | 4 | | 1/6/06 | 1/5/06 | 1/6/06 | Statement of Rights and Waiver signed by Renea Dorleen Cruz-Taitano |
| | 5 | | 1/6/06 | 1/5/06 | 1/6/06 | Statement Form of Renea D. Cruz-Taitano |
| | | | | | | 11:42:37 End DX |
| | | | | | | **11:43:12 - 1:08:19 LUNCH BREAK** |
| | | | | | | CX by Mr. Van de Veld |
| | 1 | | 1/6/06 | 1/5/06 | 1/6/06 | Picture of handbag belonging to Ms. Taitano |
| | 4 | | 1/6/06 | 1/5/06 | 1/6/06 | Statement of Rights and Waiver signed by Renea Dorleen Cruz-Taitano |
| | | | | | | **1:40:13 - 1:50:04 BREAK** |
| | 5 | | 1/6/06 | 1/5/06 | 1/6/06 | Statement Form of Renea D. Cruz-Taitano |
| | 4 | | 1/6/06 | 1/5/06 | 1/6/06 | Statement of Rights and Waiver signed by Renea Dorleen Cruz-Taitano |
| | | | | | | 2:25:09 End CX |
| | | | | | | Re-DX by Ms. Ecube |
| | 5 | | 1/6/06 | 1/5/06 | 1/6/06 | Statement Form of Renea D. Cruz-Taitano |
| | | | | | | 2:27:59 End CX |
| | | | | | | Re-CX by Mr. Van de Veld |
| | | | | | | 2:28:52 End Re-CX |
| | | | | | | No further examination by other counsel |
| | | | | | | Witness excused |

PRESIDING JUDGE: **JOAQUIN V.E. MANIBUSAN, JR.**
PLAINTIFF'S ATTORNEY: **MARIVIC DAVID**
DEFENDANT'S ATTORNEY: **CURTIS VAN DE VELD / CYNTHIA ECUBE**
HEARING DATE(S): JANUARY 5 - 9, 11-12, 2006
COURT REPORTER: CECILLE FLORES / WANDA MILES
COURTROOM DEPUTY: VIRGINIA T. KILGORE / LEILANI TOVES HERNANDEZ

| PRESIDING JUDGE<br>JOAQUIN V.E. MANIBUSAN, JR. | | | | | PLAINTIFF'S ATTORNEY<br>MARIVIC DAVID | DEFENDANT'S ATTORNEY<br>CURTIS VAN DE VELD / CYNTHIA ECUBE |
|---|---|---|---|---|---|---|
| HEARING DATE (S)<br>JANUARY 5 - 9, 11-12, 2006 | | | | | COURT REPORTER<br>CECILLE FLORES / WANDA MILES | COURTROOM DEPUTY<br>VIRGINIA T. KILGORE<br>LEILANI TOVES HERNANDEZ |
| JOINT NO. | PLTF NO. | DEF. NO. | DATE OFFERED | DATE IDENTIFIED | DATE ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
| | | | | | | Defense rested; No rebuttal witness from the Government |
| | | | | | | The Court Admitted Government's Exhibits 2 and 3 |
| | | | | | | Ms. David moved for the admittance of Government's Exhibits 6 and 7; No objections - Granted |
| | | | | | | Mr. Van de Veld moved for the admittance of Government's Exhibits 8 and 9; Objections argued by Ms. David - Overruled (Court stated its reasons) - Admitted |
| | | | | | | 2:55:12 END DAY 5 |