# DISTRICT COURT OF GUAM
## TERRITORY OF GUAM
### CRIMINAL MINUTES - GENERAL



**FILED**
DISTRICT COURT OF GUAM
JAN 13 2006
MARY L.M. MORAN
CLERK OF COURT

CASE NO. MJ-05-00045          DATE: January 13, 2006

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding           Law Clerk: Judith Hattori
Court Recorder: Wanda Miles (10:45:59 - 2:40:37)                         Courtroom Deputy: Virginia T. Kilgore
Hearing Electronically Recorded: 10:45:59 - 11:28:21;                    CSO: L. Ogo
1:09:07 - 2:40:37; 2:59:05 - 4:03:20

**APPEARANCES**

DEFT: **JUSTIN KEITH GUERRERO**               ATTY: **CURTIS VAN DE VELD**
(X) PRESENT  ( ) CUSTODY  (X) BOND  ( ) P.R.   (X) PRESENT  ( ) RETAINED  ( ) FPD  (X) CJA APPOINTED

DEFT: **RENEA DORLEEN CRUZ-TAITANO**          ATTY: **CYNTHIA V. ECUBE**
(X) PRESENT  ( ) CUSTODY  (X) BOND  ( ) P.R.   (X) PRESENT  ( ) RETAINED  ( ) FPD  (X) CJA APPOINTED

U.S. ATTORNEY:  MARIVIC DAVID                  AGENT:

U.S. PROBATION:                                U.S. MARSHAL: V. ROMAN / G. PEREZ

PROCEEDINGS: **CONTINUED MOTION TO SUPPRESS EVIDENCE OBTAINED BY ILLEGAL SEIZURE OF DEFENDANT AND CUSTODIAL INTERROGATION WITHOUT MIRANDA WARNINGS - (DAY 6)**

(X) MOTION ARGUED BY    (X) GOVERNMENT    (X) DEFENDANTS
(X) MOTION(s)  __Granted  ___Denied  ___Withdrawn  _X_ Under Advisement
( ) WITNESSES SWORN AND EXAMINED    ( ) EXHIBITS MARKED AND ADMITTED (SEE ATTACHED EXHIBIT AND WITNESS LIST, AO FORM 187 and 187A, when applicable)

( ) ORDER SUBMITTED  ___Approved  ___Disapproved
( ) ORDER to prepared By: _____

(X) DEFENDANTS RELEASED AS PREVIOUSLY ORDERED

NOTES:

Courtroom Deputy: