LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Ave.
Hagåtña, Guam 96910
TEL: (671) 472-7332
FAX: (671) 472-7334

Attorneys for the United States of America

ORIGINAL

FILED
DISTRICT COURT OF GUAM
APR - 6 2006
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | MAGISTRATE CASE NO. 05-00045 |
| Plaintiff. | |
| vs. | **STIPULATION OF PARTIES FOR EXTENSION OF TIME FOR GOVERNMENT TO FILE RESPONSE CONCERNING ORDER re MOTION TO SUPPRESS** |
| JUSTIN KEITH GUERRERO and, RENEA DORLEEN CRUZ-TAITANO, | |
| Defendants. | |

The parties in the above-entitled matter, the United States of America, and the defendants, JUSTIN KEITH GUERRERO, through his counsel Curtis Van de Veld, and RENEA DORLEEN CRUZ-TAITANO, through her counsel, Cynthia V. Ecube, hereby stipulate for an extension of time of at least ten (10) days from April 6, 2006 for the government to file its response concerning the Order re Motion to Suppress; and for additional time of 14 days for the

//
//
//
//
//
//
//

1
2  defense to file their responses, if any. The parties make this request for the reason that the
3  government awaits transcripts of certain testimony from the motion hearing which began January
4  5, 2006; moreover, government counsel will be off-island during April 6, 2006, to April 10,
5  2006.
6      SO STIPULATED.

7  LEONARDO M. RAPADAS
   United States Attorney
8  Districts of Guam and CNMI

9  DATE: 4/5/06      By: _____
                         MARIVIC P. DAVID
10                       Assistant U.S. Attorney

11 DATE: 05 April 06

12                    _____
                      CURTIS VAN DE VELD
13                    Attorney for Defendant Guerrero

14 DATE: 4/5/06      _____
                      CYNTHIA V. ECUBE
15                    Attorney for Defendant Cruz-Taitano

-2-