LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Street
Hagåtña, Guam 96910
Telephone: (671) 472-7332/7283
Telecopier: (671) 472-7334

Attorneys for United States of America

**FILED**
DISTRICT COURT OF GUAM
APR - 6 2006
MARY L.M. MORAN
CLERK OF COURT

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | MAGISTRATE CASE NO. 05-00045 |
| Plaintiff, ) | |
| vs. ) | ORDER RE: STIPULATION OF PARTIES FOR EXTENSION OF TIME FOR GOVERNMENT TO FILE RESPONSE CONCERNING ORDER re MOTION TO SUPPRESS |
| JUSTIN KEITH GUERRERO and, ) RENEA DORLEEN CRUZ-TAITANO, ) | |
| Defendants. ) | |

Based on the Stipulation of Parties filed April 6, 2006, in the above-captioned matter, and the Court finding good cause for the issuance of the order;

**IT IS HEREBY ORDERED** that the government shall file its response to the above-referenced Order by April 20, 2006.

DATED this 6th day of April 2006.

JOAQUIN V.E. MANIBUSAN, JR.
U.S. Magistrate Judge

**ORIGINAL**