VAN DE VELD SHIMIZU CANTO & FISHER
*Curtis C. Van de veld, Esq.*
Suite 101 De La Corte Building
167 East Marine Corps Drive
Hagåtña, Guam 96910
Telephone: (671) 472-1131
Facsimile: (671) 472-2886

Attorney for Defendant: JUSTIN KEITH GUERRERO

FILED
DISTRICT COURT OF GUAM
MAY -2 2006
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | MAGISTRATE CASE NO. 05-00045 |
| | ) | |
| Plaintiff, | ) | |
| | ) | STIPULATION A~~ND ORDER~~ |
| vs. | ) | FOR CONTINUANCE |
| | ) | |
| JUSTIN KEITH GUERRERO and | ) | |
| RENEA DORLEEN CRUZ-TAITANO, | ) | |
| | ) | |
| Defendant. | ) | |

COMES NOW Plaintiff, UNITED STATES OF AMERICA, by U.S. Attorney Leonardo M. Rapadas, by Asisistant U.S. Attorney, Maravic P. David, and the Defendants, JUSTIN KEITH GUERRERO, through his court appointed counsel, Van de veld, Shimizu, Canto & Fisher by Curtis C. Van de veld, and RENAE DORLEEN CRUZ-TAITANO, by her court appointed counsel the Law Office of Cynthia V. Ecube, by Cynthia V. Ecube to stipulate and agree to enlarge time for Defendants, to file the opposition briefs to Plaintiffs

UNITED STATES OF AMERICA, Plaintiff v. JUSTIN KEITH GUERRERO and
RENEA DORLEEN CRUZ-TAITANO, Defendants
MAGISTRATE CASE NO. 05-000045
STIPULATION AND ORDER FOR CONTINUANCE                                    Page 1

ORIGINAL

Case 1:05-mj-00045   Document 59   Filed 05/02/2006   Page 1 of 2

motion for reconsideration to Monday, May 8, 2006 at 3:00 p.m. and the time for Plaintiff's response brief to be moved to May 15, 2006 at 3:00 p.m. and the Court shall reschedule the hearing date at it convenience thereafter.

**SO STIPULATED:**

| | |
|---|---|
| **VAN DE VELD, SHIMIZU, CANTO, & FISHER**<br>*Court Appointed Counsel for Defendant,*<br>*JUSTIN KEITH GUERRERO* | **LAW OFFICES OF CYNTHIA V. ECUBE**<br>*Court Appointed Counsel for Co-Defendant,*<br>*RENEA DORLEEN CRUZ-TAITANO* |
| By: _____<br>CURTIS C. VAN DE VELD, ESQ.<br>DATED: 5/2/06, 2006. | By: _____<br>CYNTHIA V. ECUBE<br>DATED: 5/2/06, 2006. |
| **OFFICE OF THE UNITED STATES ATTORNEY** | **OFFICE OF THE UNITED STATES ATTORNEY** |
| By: _____<br>MARIVIC P. DAVID<br>*US Assistant Attorney*<br>DATED: 5/2/06, 2006. | By: _____<br>LEONARDO M. RAPADAS<br>*US Assistant Attorney*<br>DATED: _____, 2006. |

CCV/bpm
U:Brenda/inbox/GuerreroJustin

---

UNITED STATES OF AMERICA, Plaintiff v. JUSTIN KEITH GUERRERO and
RENEA DORLEEN CRUZ-TAITANO, Defendants
MAGISTRATE CASE NO. 05-000045
**STIPULATION AND ORDER FOR CONTINUANCE** Page 2