LAW OFFICE OF CYNTHIA V. ECUBE, ESQ. P.C.
*A Professional Corporation*
207 Martyr Street, Suite 3
Hagåtña, Guam 96910
Telephone: (671) 472-8889/922-8889
Telecopier: (671) 472-8890
Email address: ecubelaw@netpci.com

RENEA D. CRUZ-TAITANO
*Attorney for Defendant*

FILED
DISTRICT COURT OF GUAM
MAY - 8 2006
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | Magistrate Case No. CR No. 05-00045 |
| *Plaintiff,* | DEFENDANT CRUZ-TAITANO'S NOTICE OF JOINDER TO CO-DEFENDANT JUSTIN GUERRERO'S OPPOSITION TO MOTION FOR RECONSIDERATION |
| vs. | |
| RENEA D. CRUZ-TAITANO, | |
| *Defendant.* | |

**COMES NOW,** the Defendant, **RENEA D. CRUZ-TAITANO**, by through her Court appointed counsel, **CYNTHIA V. ECUBE, ESQ.**, and hereby joins in with Co-Defendant, **JUSTIN K. GUERRERO'S**, opposition to the Government's Motion for Reconsideration, and incorporates all the pleadings and arguments as adduced in Defendant's Reply to the Motion, herein.

DATED this 8th day of May, 2006.

LAW OFFICE OF CYNTHIA V. ECUBE, ESQ.
A Professional Corporation

By: _____
CYNTHIA V. ECUBE, ESQ.
Attorney for Defendant
RENEA D. CRUZ-TAITANO

## CERTIFICATE OF SERVICE

I, **GENEVIEVE P. MESA**, Legal Secretary, working in the Law Office of Cynthia V. Ecube, Esq., P.C., hereby certify that on the 8th day of May, 2006, I caused to be served by facsimile and personal service a copy of the "Notice of Joinder" in Magistrate Case No. : **05-00045**.

**MARIVIC P. DAVID, Esq.**
Assistant U. S. Attorney
U. S. Attorney's Office
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagatna, Guam 96910
(671) 472-7334

and to:

**CURTIS C. VAN de VELD, Esq.**
Van de Veld, Shimizu, Canto & Fisher
Suite 101, De La Corte Building
167 East Marine Drive
Hagatna, Guam 96910
(671) 472-2886

_____
Legal Secretary

CVE/gpm
L:\...\CVE-CLIENTS\Cruz-Taitano, Renea Dorleen\Joinder to Opposition to Motion for Reconsideration\5-8-06
Case 1:05-mj-00045   Document 61   Filed 05/08/2006   Page 2 of 2