## DISTRICT COURT OF GUAM

**4th Floor, U.S. Courthouse**
**520 West Soledad Avenue**
**Hagåtña, Guam 96910**

| | |
|---|---|
| USA,<br><br>   Plaintiff,<br><br>vs.<br><br>Justin Keith Guerrero, et al.,<br><br>   Defendant. | Case No. 1:05-mj-00045<br><br><br><br>**CERTIFICATE OF SERVICE** |

The following office(s)/individual(s) acknowledged receipt of the *Order Denying Motion for Reconsideration and Notice of Entry of Order filed May 24, 2006,* on the dates indicated below:

| | | |
|---|---|---|
| *U.S. Attorney's Office* | *Curtis Van de Veld* | *Cynthia Ecube* |
| *May 24, 2006* | *May 24, 2006* | *May 24, 2006* |

I, Marilyn B. Alcon, declare under the penalty of perjury that on the above listed date(s) the:

*Order Denying Motion for Reconsideration and Notice of Entry of Order filed May 24, 2006*

were served on the above listed entities in the manner shown, and that I prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Date: May 24, 2006              /s/ Marilyn B. Alcon
                               Deputy Clerk