1  LEONARDO M. RAPADAS
2  United States Attorney
   MARIVIC P. DAVID
3  Assistant U.S. Attorney
   Suite 500, Sirena Plaza
4  108 Hernan Cortez Street
   Hagåtña, Guam  96910
5  Telephone:  (671) 472-7332/7283
6  Telecopier:  (671) 472-7334
   Attorneys for United States of America

**FILED**

DISTRICT COURT OF GUAM

JUN - 1 2006

**MARY L.M. MORAN
CLERK OF COURT**

7

8  ## IN THE UNITED STATES DISTRICT COURT

9  ## FOR THE DISTRICT OF GUAM

10

11  UNITED STATES OF AMERICA,     )     MAGISTRATE CASE NO. 05-00045
                                                )
12                          Plaintiff,          )
                 vs.                            )
13                                              )              **ORDER**
    JUSTIN KEITH GUERRERO and,                  )     **Granting Government**
14  RENEA DORLEEN CRUZ-TAITANO,                 )       **Motion to Dismiss**
                                                )
15                          Defendants.         )
16  _____    )

17      Based on the United States' motion filed May 31, 2006, in the above-captioned matter,

18  and the Court finding good cause for the issuance of the Order;

19
20      **IT IS HEREBY ORDERED** that the United States' Motion to Dismiss Information is

21  hereby granted.

22

23  DATE:  June 1, 2006

24                                              JOAQUIN V.E. MANIBUSAN, JR.
                                                U.S. Magistrate Judge
25                                              District Court of Guam

26

27                          ORIGINAL

28